**United States District Court**
**Northern District of New York**

| | |
|---|---|
| NICHOLAS ANTONE ALVES, ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of the Social ) <br> Security Administration, ) <br> *Defendant*. ) | Case No. 5:22-cv-00752-GTS-CFH <br><br> **STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920** |

**IT IS HEREBY STIPULATED** by and between Amanda Lockshin, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, and Howard D. Olinsky, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$8,648.71,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.00.

Dated: May 8, 2023

By: *s/ Amanda Lockshin*
Amanda Lockshin, Bar No. 516696
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
phone: (212) 264-2474
amanda.lockshin@ssa.gov

s/ *Howard D. Olinsky*
Howard D. Olinsky, Bar No. 204486
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
phone: (315) 701-5780
holinsky@windisability.com

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: May 9, 2023
Syracuse, NY